# Court of Appeals
# of the State of Georgia

ATLANTA,  March 02, 2022

*The Court of Appeals hereby passes the following order:*

**A22A0786. LEROY DEWAYNE BARNES v. THE STATE.**

This case was docketed by this Court on January 6, 2022, and appellant's brief was due on January 26, 2022. As of the date of this order, appellant has not filed a brief and has not requested an extension of time in which to do so. Accordingly, this appeal is hereby DISMISSED pursuant to Court of Appeals Rules 13 and 23 (a).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  03/02/2022*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*